# Court of Appeals
# of the State of Georgia

ATLANTA,__May 10, 2021_____

*The Court of Appeals hereby passes the following order:*

## A21A1319.  SPEED PRO'S AUTOMOTIVE, LLC et al. v. AUCTION CREDIT ENTERPRISES, LLC.

This appeal was docketed on April 9, 2021, such that appellant Speed Pro's Automotive, LLC's initial brief was due on April 29. Rule 23 (a) (appellant's brief shall be filed within 20 days after the appeal is docketed).

As of May 10, 2021, however, Speed Pro's had neither filed an initial brief nor asked for an extension of time to do so. This appeal is therefore DISMISSED. Id. (failure to file within the allotted time, "unless extended upon motion for good cause shown, may result in the dismissal of the appeal").



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__05/10/2021_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*